IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-307-1H

UNITED STATES OF AMERICA )
)
)
v. ) **ORDER**
)
)
THOMAS PAUL KEELER, II, )
)
Defendant. )

This matter came on for sentencing on October 10, 2017. At sentencing, the parties advised they had reached an agreement as to restitution. The clerk is directed to add the following language to the final judgment regarding the payment plan:

Payment of restitution shall be due and payable in full immediately. However, if the defendant is unable to pay in full immediately, the special assessment and restitution may be paid through the Inmate Financial Responsibility Program (IFRP). The court orders that the defendant pay a minimum payment of $25 per quarter through the IFRP, if available. The court, having considered the defendant's financial resources and ability to pay, orders that any balance still owed at the time of release shall be paid in

installments of $50 per month to begin 60 days after the defendant's release from prison. At the time of the defendant's release, the probation officer shall take into consideration the defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

This 10th day of October, 2017.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC